UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

JOSEPH HUMPHREY, CRAIG KING,
KEVIN PUGH, GEORGE PLOFCHAN,      No.: 10-0939
JAMES MASTARONE, BURTON
KEPHART and ROBERT DICKINSON,

      Plaintiffs,      Electronically Filed

v.      The Honorable Gary L. Lancaster

LEZZER LUMBER, INC.,

      Defendant.

## ORDER OF COURT

AND NOW, to wit, this _19th_ day of ___August___, 2011, it is

hereby ORDERED, ADJUDGED and DECREED that the Final Scheduling Order is

modified consistent with the party Stipulation of Counsel. The parties' expert reports

are due at the time of pre-trial statement filing and expert deposition re to take place

after the filing of pre-trial statements and prior to trial at a time convenient to counsel.

BY THE COURT: