UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH HUMPHREY, CRAIG KING, KEVIN PUGH, GEORGE PLOFCHAN, JAMES MASTARONE, BURTON KEPHART, and ROBERT DICKINSON,<br><br>Plaintiffs,<br><br>v.<br><br>LEZZER LUMBER, INC.,<br><br>Defendant. | Case No.: 2:10-cv-00939-GLL<br><br>The Honorable Gary L. Lancaster |

**ORDER OF COURT**

AND NOW, this ____ day of _____, 2012, the prayer of the foregoing Petition is GRANTED. IT IS ORDERED that the caption shall be amended to read as follows:

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELANE S. HUMPHREY, Administratrix of the Estate of Joseph Humphrey, CRAIG KING, KEVIN PUGH, GEORGE PLOFCHAN, JAMES MASTARONE, BURTON KEPHART, and ROBERT DICKINSON,<br><br>Plaintiffs,<br><br>v.<br><br>LEZZER LUMBER, INC.,<br><br>Defendant. | Case No.: 2:10-cv-00939-GLL<br><br>The Honorable Gary L. Lancaster |

IT IS FURTHER ORDERED that Melane S. Humphrey, Administratrix of the Estate of Joseph D. Humphrey, is hereby substituted as a Plaintiff for Joseph D. Humphrey, deceased.

BY THE COURT:

_____