UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELANE S. HUMPHREY, Administratrix of the Estate of Joseph Humphrey, CRAIG KING, KEVIN PUGH, GEORGE PLOFCHAN, JAMES MASTARONE, BURTON KEPHART, and ROBERT DICKINSON, | Case No.: 2:10-cv-00939-GLL  The Honorable Gary L. Lancaster |

Plaintiffs,

v.

LEZZER LUMBER, INC.,

Defendant.

### STIPULATION OF DISMISSAL

AND NOW come the parties, by and through their attorneys, and hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) to the dismissal of the above-captioned action with prejudice, with each party to bear his or its own costs and fees.

Respectfully submitted,

| LUTZ & PAWK | LITCHFIELD CAVO, LLP |
|---|---|
| /s/ *Lawrence P. Lutz* | /s/ *Trisha A. Gill* (per authority 6/21/12) |
| Lawrence P. Lutz, Esquire | Trisha A. Gill, Esquire |
| PA I.D. #34606 | PA. I.D. #83751 |
| The Morgan Center Building | The Gulf Tower, Suite 1400 |
| 101 East Diamond Street, Suite 102 | 707 Grant Street |
| Butler, PA 16001 | Pittsburgh, PA 15219 |
| (724) 285-3400 | (412) 258-2255 |
| Attorneys for Plaintiffs | Attorneys for Defendant |

SO ORDERED, this 25th day of June, 2012.

_____, C.J.