UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MELANE S. HUMPHREY, Administratrix of          Case No.: 2:10-cv-00939-GLL
the Estate of Joseph Humphrey, CRAIG KING,
KEVIN PUGH, GEORGE PLOFCHAN,                   The Honorable Gary L. Lancaster
JAMES MASTARONE, BURTON KEPHART,
and ROBERT DICKINSON,

        Plaintiffs,

v.

LEZZER LUMBER, INC.,

        Defendant.

## STIPULATION OF DISMISSAL

AND NOW come the parties, by and through their attorneys, and hereby stipulate

pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) to the dismissal of the above-captioned

action with prejudice, with each party to bear his or its own costs and fees.

Respectfully submitted,

LUTZ & PAWK                                    LITCHFIELD CAVO, LLP

   /s/ *Lawrence P. Lutz*                      /s/ *Trisha A. Gill*  (per authority 6/21/12)
Lawrence P. Lutz, Esquire                      Trisha A. Gill, Esquire
PA I.D. #34606                                 PA. I.D. #83751

The Morgan Center Building                     The Gulf Tower, Suite 1400
101 East Diamond Street, Suite 102             707 Grant Street
Butler, PA 16001                               Pittsburgh, PA 15219
(724) 285-3400                                 (412) 258-2255

Attorneys for Plaintiffs                       Attorneys for Defendant

SO ORDERED, this 25ᵗʰ day of June, 2012.

_____,C.J.